ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Walsh Federal Alberici Joint Venture | ) ASBCA Nos. 63191, 63346, 63347 |
| | ) 63348, 63502, 63503 |
| | ) 63504, 63505, 63506 |
| | ) |
| Under Contract No. W912BV-17-C-0004 | ) |

APPEARANCES FOR THE APPELLANT:   Larry W. Caudle, Jr., Esq.
Brad C. Friend, Esq.
  Kraftson Caudle LLC
  Tysons Corner, VA

Philip J. Christofferson, Esq.
  Cockriel & Christofferson, LLC
  St. Louis, MO

Ira Libanoff, Esq.
Patrick Carleton, Esq.
  Ferencik Libanoff Brandt Bustamonte
  and Goldstein, P.A.
  Plantation, FL

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Lauren M. Williams, Esq.
Bryan M. Harrington, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Tulsa

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 1, 2024

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63191, 63346, 63347, 63348, 63502, 63503, 63504, 63505, 63506, Appeals of Walsh Federal Alberici Joint Venture, rendered in conformance with the Board's Charter.

Dated:  February 1, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals